WINCHESTER ET AL., APPELLANTS, *v.* PIKE ET AL., APPELLEES.

[Cite as Winchester *v.* Pike (1986), 22 Ohio St. 3d 227.]

(No. 85-1165—Decided March 12, 1986.)

*Webb & DiFabio* and *John J. Luce,* for appellants.

*Baker, Hackenberg, Haskell & Collins Co., L.P.A.,* and *I. James Hackenberg,* for appellees.

This cause on appeal from the court of appeals (case No. 10-196) is reversed on authority of *Anson* v. *Tyree* (1986), 22 Ohio St. 3d 223, decided this date.

CELEBREZZE, C.J., LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.

SWEENEY, J., not participating.